(129 So. 2)

## HAGOOD et al. v. CLECKLER.
### 6 Div. 675.

Supreme Court of Alabama.
June 14, 1930.

C. C. Nesmith, of Birmingham, for appellants.

Harsh & Harsh, of Birmingham, for appellee.

FOSTER, J.

The judgment was against Hagood & Slaughter, W. T. Hagood and L. A. Slaughter. The appeal bond recites that the appeal was taken by Hagood and Slaughter. The court ordered a severance, and citation to L. A. Slaughter. The assignments of error were for Hagood and Slaughter and W. T. Hagood. There was no citation issued or served on L. A. Slaughter. No notice or summons as provided in section 6143, Code, was issued and executed so far as the record shows. Under such circumstances, it is necessary for us to dismiss the appeal. Sherrod v. McGruder, 209 Ala. 260, 96 So. 78; Roberts v. Turner, 22 Ala. App. 433, 116 So. 506.

Appeal dismissed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(129 So. 97)

## MESSER v. STATE.
### 3 Div. 930.

Supreme Court of Alabama.
June 14, 1930.

Farmer, Merrill & Farmer, of Dothan, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

The petition seeks review of the opinion and decision of the Court of Appeals on rehearing in that court as to the matter of selecting the jury.

The question insisted upon by petitioner was not discussed or decided by the Court of Appeals, but treated as merely an intimation only, and not a ruling of the trial court to which exception was reserved. Petitioner's argument, therefore, overlooks the limited review of this court of decisions of the Court of Appeals, illustrated by Postal Telegraph Co. v. Minderhout, 195 Ala. 420, 71 So. 91, and the more recent case of Ballard v. State, 219 Ala. 222, 121 So. 502, and Hardy v. First National Bank of Jacksonville, 219 Ala. 435, 122 So. 702.

The writ will be denied.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.